# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Bradford, Jr., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Petitioner, | ) | CV 10-00751-TUC-JGZ |
| | ) | |
| v. | ) | |
| | ) | |
| Union Pacific Railroad Co., a Delaware Corporation, | ) ) ) | |
| Respondents. | | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, per the Court's order entered 6/1/2012, that Petitioner's Motion for Summary Judgement (Doc. 24) is Denied and the Respondent's Motion for Summary Judgment (Doc. 26) is granted.  Judgment is entered for respondents and against petitioner. The action is dismissed with prejudice.


6/1/2012                                                       BRIAN D. KARTH
                                                                        District Court
                                                                        Executive/Clerk

                                                                         s/ S. Beckman
                                                                        By: Deputy Clerk