**JACOBSON LAW FIRM**
2730 EAST BROADWAY BLVD., SUITE 160
TUCSON, ARIZONA 85716
TELEPHONE (520) 885-2518
FACSIMILE (520) 844-1011
jeff@jacobsonlawfirm.net
Jeffrey H. Jacobson, PCC #65402; SB#019502
Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT BRADFORD, JR., | Case No. 10-CV-00751-JGZ |
| Petitioner, | |
| vs. | **NOTICE OF APPEAL** |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | |
| Respondent. | |

Notice is hereby given that Robert Bradford, Jr., Petitioner in the above named case, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's June 1, 2012, Judgment denying Petitioner's motion for summary judgment and dismissing the case with prejudice.

DATED this 26th day of June, 2012.

JACOBSON LAW FIRM


 /s/  Jeffrey H. Jacobson
Jeffrey H. Jacobson
Attorney for Petitioner

1

1 | Filed via the CM/ECF system and copy electronically provided this 26th day of June, 2012, to:

Clifford A. Godiner
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO
*Attorneys for Respondent Union Pacific Railroad Company*