**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT BRADFORD, Jr., <br><br> Petitioner - Appellant, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, <br><br> Respondent - Appellee. | No. 12-16469 <br><br> D.C. No. 4:10-cv-00751-JGZ <br> District of Arizona, <br> Tucson <br><br> ORDER |

The panel unanimously finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on February 14, 2014, at San Francisco. Fed. R. App. P. 34(a)(2).

BY ORDER OF THE COURT
MOLLY C. DWYER
Clerk of Court

By: Wendy Lam
Deputy Clerk